# Order

Michigan Supreme Court
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148296

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, Subrogee of PIONEER
CONSTRUCTION COMPANY, UNION
SQUARE DEVELOPMENT, INC., and
PARKLAND INVESTMENTS, INC.,
        Plaintiff-Appellant,

v

KOSTERS & DEVRIES, INC.,
        Defendant-Appellee.

SC: 148296
COA: 311103
Kent CC: 09-000918-CK

_____/

      On order of the Court, the application for leave to appeal the November 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



d0519

Clerk